1
2
3
4
5
6
7
8                      IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MICHAEL CORRAL,                          1:10-cv-1341-SKO (HC)

12              Petitioner,                    ORDER GRANTING MOTION
                                               TO PROCEED IN FORMA PAUPERIS
13        vs.
                                               (DOCUMENT #2)
14   JAMES YATES,

15              Respondent.
     _____/
16

17        Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to

18   28 U.S.C. § 2254.

19        Petitioner has filed a motion to proceed in forma pauperis on July 26, 2010.   Examination of

20   the document  reveals that petitioner is unable to afford the costs of this action.  Accordingly, the

21   motion to proceed in forma pauperis is GRANTED.  See 28 U.S.C. § 1915.

22   IT IS SO ORDERED.

23   **Dated:   July 28, 2010**            _____/s/ Sheila K. Oberto_____
                                           UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28