IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CORRAL,<br><br>       Petitioner,<br><br>   vs.<br><br>JAMES YATES,<br><br>       Respondent.<br>_____/ | 1:10-cv-01341 SKO (HC)<br><br>ORDER GRANTING RESPONDENT'S SECOND MOTION FOR EXTENSION OF TIME TO FILE A REPLY TO PETITIONER'S OBJECTION TO MOTION TO DISMISS<br><br>(DOCUMENT #18)<br><br>FOURTEEN DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On March 30, 2011, Respondent filed a motion to extend time to file a Reply to Petitioner's Objection to Motion to Dismiss.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Respondent is granted fourteen days from the date of service of this order in which to file a Reply to Petitioner's Objection to Motion to Dismiss.


IT IS SO ORDERED.

**Dated:    April 5, 2011**                         **/s/ Sheila K. Oberto**
                                         UNITED STATES MAGISTRATE JUDGE